UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2936 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Denlow |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### INITIAL STATUS REPORT

The parties, through counsel, jointly submit the following initial status report. Lawrence V. Jackowiak, Daniel P. Kiss, Louis J. Meyer and Adele D. Nicholas are counsel of record for the Plaintiff. Julia S. Bruce is counsel of record for Defendants Eberle, Forberg, Foster and Kelly. Thomas J. Aumann is counsel of record for the Defendant City.

1) **Nature of claims and counterclaims:** Section 1983 action alleging civil conspiracy and excessive force; Monell claim against the City of Chicago and an indemnification claim.

2) **Relief sought by plaintiff:** Money damages.

3) **Names of parties not served:** None.

4) **Principal legal issues:** §1983 civil conspiracy, excessive force; Monell claim against the City of Chicago.

5) **Principal Factual Issues:** Plaintiff alleges that he was shot by the Defendant-Officers and that the shooting was not justified. Plaintiff further alleges the Defendant-Officers conspired together in an attempt to justify the shooting. Finally, Plaintiff alleges that there is a policy in the City of Chicago of insufficient internal investigations into cases of officers using deadly force. Defendants deny these allegations.

6) **List of pending motions:** None.

7) **Description of discovery requested and exchanged:** No discovery has been exchanged.

8) **Type of discovery needed:** Plaintiff is seeking discovery related to the facts of incident, the Defendant-Officers, Monell, and procedures and policies regarding police involved shootings.

Defendants are seeking written and oral discovery related to Plaintiff's claims, including medical discovery and any witnesses Plaintiff may have.

9) **Proposed dates:**

   a) Rule 26(a)(1) disclosures due: March 1, 2010

   b) Close of fact discovery: September 1, 2010

   c) Close of expert discovery: November 30, 2010

   Dates for delivery of expert reports:

   - Plaintiff to disclose expert reports by September 30, 2010
   - Defendants to disclose expert reports by October 29, 2010
   - Plaintiff to disclose any rebuttal expert report by November 12, 2010

   d) Filing of dispositive motions: December 3, 2010

   e) Filing of final pretrial order: 30 days after ruling on dispositive motion.

10) **Estimation of when the case will be ready for trial:** Upon filing of pretrial order.

11) **Probable length of trial:** 3-4 days.

12) **Whether there has been a request for a jury trial:** All parties have demanded a jury trial.

13) **Status of settlement discussions:** Settlement discussions have not yet occurred.

14) **Consent to proceed before the Magistrate Judge:** There is not unanimous consent.

Respectfully Submitted,

Dated: February 2, 2010

/s/Lawrence V. Jackowiak  
Law Offices of Lawrence V. Jackowiak  
20 North Clark Street, Suite 1700  
Chicago, Illinois 60602  
(312) 795-9595  
*Counsel for the Plaintiff*

/s/ Julia S. Bruce  
Assistant Corporation Counsel  
33 North LaSalle Street, Suite 900  
Chicago, Illinois 60602  
(312) 744-0451  
*Counsel for the Defendant-Officers*

3

/s/ Thomas J. Aumann
Assistant Corporation Counsel
33 North LaSalle Street, Suite 900
(312) 744-7630
*Counsel for Defendant City of Chicago*