IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 C 2936 ) ) |
| CITY OF CHICAGO, Chicago Police Officers KEVIN EBERLE, Star 20817, BRIAN FORBERG, Star 21249, THOMAS KELLY, Star 20229, and JOHN FOSTER, Star 20288, | ) JUDGE DER-YEGHIAYAN ) ) Magistrate Judge Denlow ) ) ) ) |
| Defendants. | ) |

# EXHIBIT 1



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

VIA U.S. MAIL

April 5, 2010

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street, Suite 1700
Chicago, IL 60602

      RE:   Maurice Williams v. City, et. al., 08 C 2936

Dear Counsel,

Please find enclosed Defendants' Supplemental 26(a) Disclosures, Defendants' Answers to Interrogatories, and a Second Notice of Deposition.

I will forward Defendants' Answers to Plaintiff's First Request for Production of Documents shortly.

Additionally, Plaintiff's answers to written discovery are now overdue. Please let me know when I can expect Plaintiff's answers. Also, please confirm whether or not the deposition date of May 20, 2010 can go forward. Please feel free to call me to discuss alternative dates, if that date is not available.

Thank you in advance for your cooperation with these matters.

Sincerely,

Julia S. Bruce
Assistant Corporation Counsel
312-744-0451

Enclosures

cc: Thomas Aumann – via hand delivery




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 2936 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ) | JUDGE DER-YEGHIAYAN |
| Chicago Police Officers ) | |
| KEVIN EBERLE, Star 20817, ) | Magistrate Judge Denlow |
| BRIAN FORBERG, Star 21249, ) | |
| THOMAS KELLY, Star 20229, and ) | |
| JOHN FOSTER, Star 20288, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT 2



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

<u>VIA U.S. MAIL</u>

May 11, 2010

Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street, Suite 1700
Chicago, IL 60602

     RE:   Maurice Williams v. City, et. al., Case No. 08 C 2936

Dear Counsel,

This letter is to confirm our earlier telephone conversation in which you cancelled the plaintiff's deposition, which was scheduled for May 20, 2010. As discussed, plaintiff's answers to written discovery are overdue. You indicated that he would be coming in to your office early next week to complete the written discovery and that Ms. Nicholas would call me to reschedule plaintiff's deposition at that time. I will, therefore, wait to send out a Third Notice of Deposition until then.

Please feel free to call me to discuss any of the above further. Thank you.

Sincerely,

Julia S. Bruce
Assistant Corporation Counsel
312-744-0451

cc: Thomas Aumann – *via hand-delivery*
    Attorney for City of Chicago





IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 2936 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ) | JUDGE DER-YEGHIAYAN |
| Chicago Police Officers ) | |
| KEVIN EBERLE, Star 20817, ) | Magistrate Judge Denlow |
| BRIAN FORBERG, Star 21249, ) | |
| THOMAS KELLY, Star 20229, and ) | |
| JOHN FOSTER, Star 20288, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT 3



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

VIA FACSIMILE

May 28, 2010

Lawrence V. Jackowiak, Louis Meyer, Adele Nicholas
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street, Suite 1700
Chicago, IL 60602
312-795-1949

      RE:    Maurice Williams v. City, et. al., 08 C 2936

Dear Counsel,

This letter is to follow up with you regarding Plaintiff's answers to written discovery. Plaintiff's answers were due over two months ago. I have sent numerous letters and made numerous telephone calls to resolve this issue. I last spoke with Mr. Meyer on or about May 18, 2010, and he indicated that the plaintiff would be coming in that week to answer written discovery. However, as of the date of this letter I am not in receipt of Plaintiff's answers to written discovery. If I do not have Plaintiff's answers by noon on June 4, 2010, I will have no choice but to file a motion to compel.

Thank you in advance for your cooperation with these matters.

Sincerely,

*Julia Bruce*
Julia S. Bruce
Assistant Corporation Counsel
312-744-0451

Enclosures

cc: Thomas Aumann – via hand delivery



