# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAURICE WILLIAMS, | ) | |
| Plaintiff, | ) | 08 C 2936 |
| v. | ) | Judge Feinerman |
| CITY OF CHICAGO, et al. | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

It is stipulated and agreed between the parties that this cause will be dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

/s/ Adele D. Nicholas　　　　　　　　　　/s/ Scott A. Jebson
Jackowiak Law Office　　　　　　　　　　Assistant Corporation Counsel
20 North Clark Street, Suite 1700　　　　　30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602　　　　　　　　　Chicago, Illinois 60602

*Counsel for Plaintiff*　　　　　　　　　　*Counsel for Defendants*

1